## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

CAROL D. WELCH

VERSUS

MEGAN J. BRENNAN,
POSTMASTER GENERAL

CIVIL ACTION

NO.  16-76-SDD-EWD

### RULING

The Court, after carefully considering the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Erin Wilder-Doomes dated July 12, 2016, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, this matter shall be dismissed without prejudice for failure of the plaintiff to pay the filing fee.

Baton Rouge, Louisiana, August    *10*    , 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA